**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOSE BERNAL,

        Plaintiff,

v.     Case No:   6:24-cv-850-PGB-LHP

B I J CONSTRUCTION, INC, JOSE J.
BLANCO and IVAN BLANCO,

        Defendants

---

**ORDER**

On August 7, 2024, the Court issued an Order to Show Cause to Plaintiff regarding the failure to timely effect service.  Doc. No. 13.  Before the Court is Plaintiff's response, in which Plaintiff says that the process server has attempted to serve Defendants, but it appears that Defendants are evading service.  Doc. No. 14.

Upon review, the Order to Show Cause (Doc. No. 13) will be **DISCHARGED**. It is **ORDERED** that the deadline for Plaintiff to file proof of service on all Defendants is extended up to and including **October 22, 2024**.  Absent extraordinary circumstances, this deadline will not be further extended.  Failure to comply with this deadline will result in a recommendation that this case be dismissed without prejudice without further notice.  Fed. R. Civ. P. 4(m); Local

Rule 3.10. Plaintiff is further cautioned that future failures to act timely in this case may result in the imposition of sanctions, up to and including dismissal of this case.

**DONE** and **ORDERED** in Orlando, Florida on August 23, 2024.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties